JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REAHDEEN ROBERTSON, | No. CV 21-9519-JLS(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| LIEUTENANT J. VARELA, | |
| Defendant. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  January 31, 2023

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE